IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL WALKER, | No. 3:06-CV-01224 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| JOSEPH PIAZZA, | |
| Respondent. | |

## ORDER

**AND NOW**, this 22nd day of August 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Michael Walker's motion (Doc. 83) for relief under Federal Rule of Civil Procedure 60(b)(6) is **DISMISSED** for lack of jurisdiction because it is a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed without authorization from the United States Court of Appeals for the Third Circuit.

2. A certificate of appealability shall not issue, as Walker has not made a substantial showing of the denial of a constitutional right, s*ee* 28 U.S.C. § 2253(c)(2), or that "jurists of reason would find it debatable" whether this Court's procedural ruling is correct, *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

3. Walker's motion for substitution of parties (Doc. 84) and motion for leave to proceed *in forma pauperis* (Doc. 86) are **DISMISSED** as moot in light of paragraph 1 above.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge